MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (CSBN 146400)
Assistant United States Attorney

    450 Golden Gate Ave. 9th Floor
    San Francisco, CA 94102
    Telephone:  (415) 436-7264
    Facsimile:   (415) 436-6748
    Email:      abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVE WAYNE BONILLA,<br><br>        Plaintiff,<br><br>   v.<br><br>GERALD B. DIEDRICH,<br><br>        Defendant. | Civil Action No. C 11-6402 CW<br><br>ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE RESPONSE TO THE COMPLAINT; DECLARATION OF COUNSEL; [~~PROPOSED~~] ORDER |

      The federal defendants in this matter hereby request that this court issue an order extending until January 20, 2012, the time for defendants to file a response to the complaint. This request is made on the following grounds:

      1.    Plaintiff in this case has been sentenced to death by the Superior Court of California for the County of Alameda. He is incarcerated at San Quentin State Prison. He has filed numerous lawsuits attempting to call into question the validity of his conviction and sentence.

      2.    The pending lawsuit was filed against former employee of the Federal Bureau of Investigation. In this lawsuit, plaintiff again suggests that facts exist that, if proved, may call into question whether some of the evidence submitted in support of the government's case in the criminal trial should have been submitted. The pending lawsuit claims that the defendant is liable to plaintiff for their role in procuring or handling evidence.

3. It would appear from the face of the complaint and from a review of the numerous filings plaintiff previously has made in this court (including, e.g., case numbers 11-2612, 11-2613, 11-2614, 11-2615, 11-2617, 11-2650, 11-2654, 11-2655, 11-2656, 11-2657, 11-2681) that defendant has valid defenses to the claims being made in the pending complaint.

4. The federal rules normally permitting defendants 60 days from service of the complaint do not apply in this because plaintiff sued defendant in state court and the state court proceedings had to be removed to federal court. Additional time is necessary for defendant to confer with counsel to ensure all defenses are timely and appropriately raised in an initial responsive pleading.

5. The undersigned counsel is scheduled to be away from the office from December 21, 2011 through January 4, 2012 returning to the office January 5, 2012.

6. No other extensions of time have been requested in this case. If granted, the extension of this deadline will not result in changes to any other court deadlines.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: December 20, 2011

_____/s/_____
ABRAHAM A. SIMMONS
Assistant United States Attorney

## DECLARATION OF ABRAHAM A. SIMMONS

I, Abraham A. Simmons, declare as follows:

1. I am an Assistant United States Attorney in the Northern District of California and I am assigned to represent the Federal Defendant in the above-captioned matter. If called to testify I would and could competently testify as to the facts in this declaration.

2. I am informed and believe that plaintiff in this case has been sentenced to death by the Superior Court of California for the County of Alameda, that he is incarcerated at San Quentin State Prison and that he has filed numerous lawsuits attempting to call into question the validity of his conviction and sentence.

3.  The pending lawsuit was filed against a former employee of the Federal Bureau of Investigation. In this lawsuit, plaintiff again suggests that facts exist that, if proved, may call into question whether some of the evidence submitted in support of the government's case in the criminal trial should have been submitted. My analysis of the complaint suggests plaintiff's theory is that defendants are liable to plaintiff for their role in procuring or handling evidence.

4.  It would appear from the face of the complaint and from a review of the numerous filings plaintiff previously has made in this court (including, e.g., case numbers 11-2612, 11-2613, 11-2614, 11-2615, 11-2617, 11-2650, 11-2654, 11-2655, 11-2656, 11-2657, 11-2681) that defendants have valid defenses to the claims being made in the pending complaint.

5.  It took a significant amount of time to find contact information for the defendant and to arrange for representation. Additional time is necessary for for me to confer with defendant and to prepare defenses in an initial responsive pleading.

6.  I am scheduled to be away from the office from December 21, 2011 through January 4, 2012 returning to the office January 5, 2012.

7.  No other extensions of time have been requested in this case. If granted, the extension of this deadline will not result in changes to any other court deadlines.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate. Executed this 20th day in December, 2011, in San Francisco, California.

ABRAHAM A. SIMMONS (SBN 146400)

### [PROPOSED] ORDER

It is so ORDERED. Defendant shall file a response to the Complaint on or before January 20, 2012.

United States District Judge

**Request to Extend Time**
C 11-6402 CW                                    3